```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
                             COVINGTON
                     CIVIL MINUTES - GENERAL
```

   COVINGTON

CASE NO. 05-149  at COVINGTON                    DECEMBER 13, 2005

Style:          GLORIA FRYE V. UNUM LIFE INSURANCE COMPANY OF AMERICA

Present:

                   Hon. WILLIAM O. BERTELSMAN, JUDGE

         JOYCE MAXIE                       JOAN AVERDICK
        (Deputy Clerk)                    (Court Reporter)

ATTORNEYS PRESENT FOR PLAINTIFFS     ATTORNEYS PRESENT FOR DEFENDANTS

       R. Kim Vocke                        Ann Michelle Turner


PROCEEDINGS: - DOCKET CALL

        On December 13, 2005 the above-styled case was called for a Status Conference, at which time the Court directed as follows:

        (1) The Defendant shall file the Administrative Record within **ten (10) days** the same being **December 23, 2005.**

        (2) The Plaintiff shall file a Memorandum **thirty (30) days** after the filing of the Administrative Record, the same being **January 23, 2006.** Defendant shall respond within **thirty (30) days**, the same being **February 23, 2006.** Plaintiff shall reply within **fifteen (15) days**, the same being **March 10, 2006.**

                                                          (jmm)

| TIC | 4 |
|-----|---|